IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

TIERONE ROBINSON,

     Appellant,

v.

STATE OF FLORIDA,

     Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-3230

Opinion filed November 4, 2015.

An appeal from an order of the Circuit Court for Suwannee County.
David W. Fina, Judge.

Tierone Robinson, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

     AFFIRMED.

SWANSON, MAKAR, and BILBREY, JJ., CONCUR.